UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| FREDY GARCIA,<br><br>      Plaintiff,<br><br> -against-<br><br>VERIZON NEW YORK INC., et al.<br><br>      Defendants. | 07-CV-01499 (AKH)<br><br>**NOTICE OF DEFENDANT VERIZON NEW YORK INC.'S ADOPTION OF ANSWER TO MASTER COMPLAINT** |

    PLEASE TAKE NOTICE THAT Defendant Verizon New York Inc. ("Verizon") hereby adopts as its Answer in the instant case its Answer to Plaintiffs' Master Complaint which was filed and served on October 16, 2007 in the matter of In re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).  In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied.  Verizon also incorporates by reference all averments and denials of its Answer to Plaintiffs' Master Complaint as though same were more fully set forth herein at length.  Verizon further adopts the responses contained in any Amended Answer filed and served herein.

    PLEASE TAKE FURTHER NOTICE that Verizon reserves the right to file and serve an amended answer and specifically reserves the right to interpose cross-claims and third-party claims.

    WHEREFORE, Verizon demands judgment dismissing the above-captioned action as against Verizon, together with its cost and disbursements.

| | |
|---|---|
| Dated: November 26, 2007 | /s/ Eric F. Leon |
| | Eric F. Leon |
| | Lee Ann Stevenson |
| | Andrew Dunlap |
| | Michael D. Reisman |
| | KIRKLAND & ELLIS LLP |
| | Citigroup Center |
| | 153 East 53rd Street |
| | New York, New York 10022-4611 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | |
| | *Attorneys for Defendant Verizon New York Inc.* |

TO:    Christopher LoPalo, Esq.
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York 10279

**Liaison Counsel for Plaintiffs**

Marc D. Weinblatt, Esq.
SANDERS, SANDERS, BLOCK, WOYICK, VIENER & GROSSMAN, P.C.
100 Herricks Road
Mineola, New York 11501

David Kremen, Esq.
OSHMAN & MIRISOLA, LLP
42 Broadway, 10th Floor
New York, NY 10004

**All Defense Counsel (via ECF)**