Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

FREDY GARCIA (AND WIFE, CARMEN GARCIA),     Index No.: 07-CV-01499

                      Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

-against-   **ELECTRONICALLY FILED**

BATTERY PARK CITY AUTHORITY., *et al.*,

                      Defendant(s).
-------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      May 22, 2008

                                Yours etc.,

                                McGIVNEY & KLUGER, P.C.
                                Attorneys for Defendant
                                RY MANAGEMENT CO., INC., i/s/h/a RY
                                MANAGEMENT (hereinafter referred to as "RY"),

                                By: _____
                                Richard E. Leff (RL-2123)
                                80 Broad Street, 23rd Floor
                                New York, New York 10004
                                (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel